DEC 10 2019 PM4:01
FILED-USDC-CT-NEW HAVEN

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

GRAND JURY N-19-2

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 3:19CR 300 (JAM) |
| v. | VIOLATIONS: |
| TREIZY LOPEZ and TYTHRONE FORD | 18 U.S.C. § 1951(a) (Attempted Interference with Commerce by Robbery) |
| | 18 U.S.C. §§ 924(c)(1)(A) and 2 (Carrying, Using, Brandishing, and Discharging a Firearm During and in Relation to a Crime of Violence) |
| | 18 U.S.C. § 2 (Aiding and Abetting) |
| | 18 U.S.C. §§ 922(g)(1) and 924(a)(2) (Unlawful Possession of a Firearm by a Convicted Felon) |
| | 18 U.S.C. § 924(d), 26 U.S.C. § 5872, 28 U.S.C. § 2461(c), 21 U.S.C. § 853 (Criminal Forfeiture) |

INDICTMENT

The Grand Jury charges:

COUNT ONE
(Attempted Interference with Commerce by Robbery)

1. At all times material to this Indictment, Smokin' Wings Restaurant, located at 560 Congress Avenue in New Haven, Connecticut, was a restaurant engaged in the public sale of food and drink, in interstate commerce and an industry which affects interstate commerce.

2. On or about April 11, 2015, in the District of Connecticut, the defendants TREIZY LOPEZ and TYTHRONE FORD, and another unknown to the Grand Jury, did unlawfully attempt to obstruct, delay, and affect commerce as that term is defined in Title 18, United States Code, Section 1951, and the movement of articles and commodities in such commerce, by robbery as

that term is defined in Title 18, United States Code, Section 1951, in that defendants LOPEZ and FORD unlawfully attempted to take and obtain the property of Smokin' Wings Restaurant consisting of United States currency from the owner, employees, and possessor of the property against their will by means of actual and threatened force, violence, and fear of injury, immediate and future, to their person and property in their custody and possession, that is, the defendants, at gun point, demanded money.

In violation of Title 18, United States Code, Sections 1951(a) and 2.

## COUNT TWO
(Carrying, Using, Brandishing, and Discharging a Firearm During and in Relation to a Crime of Violence)

3. On or about April 11, 2015, in the District of Connecticut, the defendant TREIZY LOPEZ did knowingly carry, use, brandish, and discharge a firearm during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, that is a violation of Title 18, United States Code, Section 1951(a), as more particularly set forth in Count One of this Indictment.

In violation of Title 18, United States Code, Sections 924(c)(1)(A) and 2.

## COUNT THREE
(Unlawful Possession of a Firearm by a Convicted Felon)

4. On or about April 11, 2015, in the District of Connecticut, the defendant TYTHRONE FORD, having been, and knowing that he had been, convicted in the Superior Court of the State of Connecticut of crimes punishable by imprisonment for a term exceeding one year, namely: (1) Conspiracy to Commit Assault in the First Degree in violation of Connecticut General Statutes § 53a-59(a)(5) on or about June 18, 2014; and (2) Larceny in the Third Degree in violation of Connecticut General Statutes § 53a-124 on or about June 18, 2014, did knowingly possess a firearm in and affecting commerce, that is, an Arminius, model HW 5T, .22 caliber revolver,

bearing serial number 816748, which had been shipped and transported in interstate and foreign commerce.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

### FORFEITURE ALLEGATION
(Firearm Offenses)

4.      Upon conviction of the firearms offenses alleged in Counts Two and Three of this Indictment, the defendants TYTHRONE FORD and TREIZY LOPEZ shall forfeit to the United States, pursuant to         Title 18, United States Code, Section 924(d), Title 26, United States Code, Section 5872, and Title 28, United States Code, Section 2461(c), the firearm and ammunition involved in the commission of the offenses, including but not limited to one Arminius, model HW 5T, .22 caliber revolver, bearing serial number 816748 and all related ammunition.

All in accordance with Title 18, United States Code, Section 924(d), Title 26, United States Code, Section 5872, Title 28, United States Code, Section 2461(c), Title 21, United States Code, Section 853, and Rule 32.2(a) of the Federal Rules of Criminal Procedure.

A TRUE BILL

/s/
_____
FOREPERSON

UNITED STATES OF AMERICA

_____
LEONARD C. BOYLE
FIRST ASSISTANT UNITED STATES ATTORNEY

_____
PETER D. MARKLE
ASSISTANT UNITED STATES ATTORNEY

_____
JOCELYN COURTNEY KAOUTZANIS
ASSISTANT UNITED STATES ATTORNEY

_____
NATHANIEL GENTILE
ASSISTANT UNITED STATES ATTORNEY

3